IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | |
|---|---|
| ARUN METH, on behalf of himself and all those similarly situated who consent to representation, | )<br>)<br>)<br>) |
| *Plaintiffs*, | ) Civil Action No. 3:14-cv-00173-JRS |
| v. | )<br>) |
| NATUS MEDICAL INCORPORATED, A Delaware Corporation, | )<br>) |
| *Defendant*. | )<br>) |

## ORDER

THIS MATTER came before the Court on the Joint Motion for Order Approving Confidential Settlement. By consent of the Parties and Jonathan Miller, Anthony Verano and Thomas (Andy) McGinn and for good cause shown, the Court Orders that the Confidential Settlement Agreement referenced in the Joint Motion is APPROVED and that the matter is DISMISSED WITH PREJUDICE.

ENTERED this 21st day of October, 2014.

**SO ORDERED**

/s/
James R. Spencer
Senior U. S. District Judge

7353295.1